■ In the Matter of MONIQUE ELIZABETH J., Respondent, v ORLANDRO D., Appellant. [43 NYS3d 335]—

Order, Family Court, Bronx County (Tracey A. Bing, J.), entered on or about September 25, 2015, which, after a fact-finding hearing, found that respondent committed the family offense of disorderly conduct, and issued an 18-month order of protection in favor of petitioner and her two children, unanimously affirmed, without costs.

A fair preponderance of the evidence supports the finding that respondent committed the family offense of disorderly conduct (Family Ct Act § 812). Such evidence included petitioner's testimony that while they were in the courthouse, respondent attempted to take their child, who was securely strapped to the chest of petitioner's fiancé in a carrier, out of the carrier. In the process, he pushed petitioner and her four-year-old daughter. Petitioner screamed at respondent to stop, but they got into an altercation, which court officers had to defuse (*see Matter of Banks v Opoku*, 109 AD3d 470 [2d Dept 2013]; Penal Law § 240.20 [1], [7]).

There exists no basis to disturb the Family Court's credibility determinations (*see Matter of Marcela H-A. v Azouhouni A.*, 132 AD3d 566, 567 [1st Dept 2015]). Concur—Acosta, J.P., Andrias, Moskowitz, Gische and Webber, JJ.